ERNST STEIN, Appellant, *v.* PERSHING SQUARE BUILDING CORPORATION, Respondent-Appellant, and STOUFFERS PERSHING SQUARE INC., Impleaded Defendant-Respondent.

Submitted January 11, 1950; decided February 23, 1950.

*Daniel A. Novok, Louis Helfenstein* and *A. Edward Masters* for appellant.

*Patrick E. Gibbons* and *Raymond J. Scully* for respondent-appellant.

Judgment affirmed, with costs to impleaded respondent Stouffers Pershing Square Inc. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.